420 P.2d 133

**SUMNER AND MOLESWORTH, a co-partnership, and Hartford Accident and Indemnity Co., a corporation, Petitioners,**

**v.**

**Honorable George ZIMMERMAN, Judge of the Third Judicial District in and for the County of Dona Ana, Respondent.**

**No. 8224.**

Supreme Court of New Mexico.

Nov. 14, 1966.

Richard C. Civerolo, H. L. Cushing and C. LeRoy Hansen, Albuquerque, for petitioners.

Garland, Martin & Martin, Las Cruces, for respondent.

OPINION

MOISE, Justice.

Except that in Sitta v. Zinn, 77 N.M. 146, 420 P.2d 131, decided this day, a writ of

mandamus and prohibition was sought, whereas here petitioners seek only a writ of mandamus, the issues and controlling facts presented are identical. The two cases were argued at the same time.

Judge W. T. Scoggin, the original respondent herein, having retired, the Honorable George Zimmerman, Judge of the Third Judicial District, was substituted as respondent in his stead.

For the reasons stated in Sitta v. Zinn, supra, the alternative writ heretofore issued is made permanent.

It is so ordered.

CARMODY, C. J., and CHAVEZ, NOBLE and COMPTON, JJ., concur.